# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

PLEAS GRIFFIN,

    Plaintiff,

v.

ST. CLAIR COUNTY, ILLINOIS *et al.*,

    Defendants.

Case No. 3:17-cv-01169-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants St. Clair County, Illinois, the St. Clair County, Illinois Sheriff's Department, and Richard Watson *in his individual capacity*, and that this matter is **DISMISSED WITH PREJUDICE**.

DATED: May 29, 2019

                                            **MARGARET M. ROBERTIE,**
                                            **Clerk of Court**

                                            **BY:**   s/Tina Gray
                                                        **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**